DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KARLA SOTOMAYOR,**
Appellant,

v.

**JAMES BATMASIAN**, an individual d/b/a Investments, Ltd., **MARTA BATMASIAN**, an individual d/b/a Investments, Ltd., **LSA MANAGEMENT, INC.**, and **DARON TERSAKYAN**, an individual,
Appellees.

No. 4D17-2344

[November 15, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cymonie Rowe, Judge; L.T. Case No. 2014CA007354.

Chris Kleppin and Chelsea A. Lewis of Glasser & Kleppin, P.A., Plantation, for appellant.

Heather E. Kruzyk of Simon & Sigalos, LLP, for appellees.

PER CURIAM.

We reverse the trial court's order imposing attorney's fees as a sanction.[1] The court sanctioned appellant based on her attorney's violation of a court order. The sanction order fails to comply with the requirements of *Moakley v. Smallwood*, 826 So. 2d 221 (Fla. 2002). In addition, there was insufficient evidence to support the amount of fees imposed by the court. *See Tutor Time Merger Corp. v. MeCabe*, 763 So. 2d 505 (Fla. 4th DCA 2000).

*Reversed.*

CIKLIN, CONNER and KLINGENSMITH, JJ., concur.

_____

[1] This case was filed as a petition for writ of certiorari. We treat the petition as an appeal from a final order on a collateral issue. *Ruppel v. Gulf Winds Apartments, Inc.*, 508 So. 2d 534, 535 (Fla. 2d DCA 1987) ("An attorney fee award is deemed final for purposes of appeal from that order.").

*       *       *

*Not final until disposition of timely filed motion for rehearing.*